1

2 Priority ___
Send ✓
3 Enter ✓
Closed ___
4 JS-5/JS-6 ___
JS-2/JS-3 ___
5 Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 DANIELLE DAVID SCOTT,          ) CASE NO. ED CV 06-534-AHS (PJW)
                                 )
11            Plaintiffs,        )
                                 ) ORDER ACCEPTING REPORT AND
12       v.                      ) ADOPTING FINDINGS, CONCLUSIONS,
                                 ) AND RECOMMENDATIONS OF UNITED
13 SGT. LLEWELLYN RICHARDS, et al., ) STATES MAGISTRATE JUDGE
                                 )
14            Defendants.        )
   _____)

15

16     Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17 Complaint, the records on file, and the Report and Recommendation of

18 United States Magistrate Judge.  No objections to the Report and

19 Recommendation have been filed.  The Court accepts the Magistrate

20 Judge's Report and adopts it as its own findings and conclusions.

21

22     DATED:    JUN 10 2008           .

23

24

25                                 _____
                                   ALICEMARIE H. STOTLER
26                                 UNITED STATES DISTRICT JUDGE

27

28 S:\PJW\Cases-Civil Rights\SCOTT, D 534\Order accep r&r.wpd