

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE DAVID SCOTT, | ) Case No. ED CV 06-534-AHS (PJW) |
|---|---|
| Plaintiff, | ) |
| v. | ) J U D G M E N T |
| SGT. LLEWELLYN RICHARDS, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: JUN 10 2008 .

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\SCOTT, D 534\Judgment.wpd